IN THE UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HASSEN MAYHEW                    :        CIVIL ACTION
                                 :
        v.                       :
                                 :
LOUIS S. FOLINO, et al.          :        NO. 13-3658


ORDER


        AND NOW, this 6th day of November, 2013, upon
consideration of the plaintiff's Petition Under 28 U.S.C. § 2254
for Writ of Habeas Corpus by a Person in State Custody (Docket
#1), the Report and Recommendation ("R&R") of Magistrate Judge
Elizabeth T. Hey, and the objections to the R&R of the
petitioner, IT IS HEREBY ORDERED that the R&R is APPROVED and
ADOPTED and the objections are OVERRULED.  The petition shall be
placed in suspense pending the petitioner's exhaustion of state
court remedies.

        IT IS FURTHER ORDERED that the petitioner and the
respondents shall notify the Court within thirty days of the
conclusion of the state appellate proceedings so that the habeas
petition may proceed in this court.  There is no basis for a
certificate of appealability.

        The Court appreciates the petitioner's objections based
on the fact that the PCRA petition has been pending for some time
but it appears that the trial court has been holding the
plaintiff's PCRA petition awaiting the Pennsylvania Supreme

Court's decision in <u>Commonwealth v. Cunningham</u>, No. 38 EAP 2012 (Pa., argued Sept. 12, 2012 and resubmitted on briefs on August 13, 2013), in which the court has been asked to determine whether <u>Miller</u> applies retroactively to cases that were final when <u>Miller</u> was decided.

                                                         BY THE COURT:


                                                         /s/ Mary A. McLaughlin
                                                         MARY A. McLAUGHLIN, J.